CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

———•O•———

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010 TEL:
(212) 227-9003 x 2706  •  FAX:  (212) 937-2112

April 13, 2022

VIA ECF

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**REQUEST GRANTED.**
The Court approves the modification to bail of defendant Ramirez as proposed.

4/14/2022  SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

**Re: Request for Modification of Bail**
*United States v. Julianny Ramirez, 21 Mag. 11366*

Dear Judge Liman:

    Julianny Ramirez is currently at liberty on a $75,000.00 Personal Recognizance Bond, signed by three financially responsible persons, and with conditions of release that include an ankle bracelet and Stand Alone Monitoring, which allows Pretrial to create, via software and GPS equipment, an "inclusion/exclusion zone" that alerts if the defendant goes outside of his permitted travel area. Currently Mr. Ramirez's permitted travel area is the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Connecticut.

    Mr. Ramirez's job as a truck driver normally requires him to drive throughout the Northeast Corridor to deliver goods, not just the Tri-State area currently allowed. With the curtailment of his route, he cannot make enough money to support his truck (loan payments, insurance, and gas) as well as his own personal needs.

    Because of this, I respectfully request that Mr. Ramirez's permitted travel area be expanded to include all of New York State, New Jersey, Connecticut, Pennsylvania, Delaware, Massachusetts, and Maryland.

    I have discussed this situation with Pretrial Services and with Assistant United States Attorney Edward C. Robinson, the government prosecutor currently on the case. Both consent to the modification.

                                                                         Respectfully,

                                                                         *s/s Camille M. Abate*
                                                                         Camille M. Abate, Esq.

cc: AUSA Edward Robinson (via ECF)