CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

———•O•———

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

September 13, 2022

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> REQUEST GRANTED.
> The Sentencing hearing previously set for September 29, 2022 is rescheduled to October 19, 2022 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 9/14/2022   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

**Re: Request for Adjournment of Sentence**
*United States v. Julianny Ramirez*, 22 Cr. 219 (LJL)

Dear Judge Liman:

    Sentence in this case is currently scheduled for September 29, 2022. For the reasons that follow, I respectfully request that sentencing be postponed until the week of October 17, 2022, on a date convenient to the Court.

    On May 21, 2022, my spouse was in a near-fatal car accident that left him with eight fractures throughout his body. Despite the accident, in June I tried a bank fraud case before Judge Cote, and in July I tried a Hobbs Act robbery before Judge Berman. In August, the trauma from the car accident caused a severe staph infection in my husband's right arm, necessitating surgery on August 17, and subsequently intravenous antibiotics. I have been administering the intravenous injections of antibiotics three times a day and will do so until September 29. I am attempting to get back up to speed on my legal work, but it has been hard.

    Thus, while the Presentence Report for Mr. Ramirez was filed on July 5, I have not yet been able to read it, much less go through it with my client. I am not currently ready or able to file a sentencing submission. I therefore request that the sentencing be adjourned.

    I have spoken to Assistant United States Attorney Edward Robinson about this, and he consents to the postponement. Thank you for your consideration of this request.

                                         Sincerely,

                                         *Camille M. Abate*
                                         Camille M. Abate, Esq.

cc: AUSA Edward Robinson (via ECF)