UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                            :
:
:
:
:
-v-                                                                  :        22-cr-219-2 (LJL)
:
JULIANNY RAMIREZ,                                                    :        ORDER
:
Defendant.                             :
:
---------------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  2/10/2026 |

LEWIS J. LIMAN, United States District Judge:

The parties shall submit a letter to the Court no later than February 12, 2026, addressing the applicability of 18 U.S.C. § 3613(b) and, in particular, whether the proposed order at Dkt. No. 102-1 should reflect the following: "The liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person ordered to pay restitution."

SO ORDERED.

Dated: February 10, 2026
       New York, New York                        _____
                                                       LEWIS J. LIMAN
                                                 United States District Judge